# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2020

160667 & (10)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT LOUIS DUKES,
      Defendant-Appellant.

SC: 160667
COA: 350886
Muskegon CC: 1980-022774-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 21, 2019 order of the Court of Appeals is considered. We DIRECT the Muskegon County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2020



Clerk

t0414